**Order entered October 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00812-CR

**KENNETH LIONELLE WILLIAMSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F17-75495-H**

## ORDER

The supplemental clerk's record was filed October 21, 2019, correcting errors in the

October 14, 2019 sealed clerk's record volume 2.

We **STRIKE** the October 14, 2019 sealed clerk's record volume 2.


/s/     LANA MYERS
        JUSTICE